IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT MANUEL GARCIA,

    Plaintiff,                    No. CIV S-08-0006 LKK EFB P

    vs.

DEBAR, et al.,

    Defendants.            <u>ORDER</u>

                               /

        Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. Currently pending is plaintiff's February 28, 2008, motion for leave to file an amended complaint. For the reasons explained, the court denies the motion without prejudice.

        On January 2, 2008, plaintiff filed a complaint and an application for leave to proceed *in forma pauperis*. Federal statute requires this court to review the complaint to determine whether the complaint, or any portion thereof, must be dismissed upon the ground it "is frivolous, malicious or fails to state a claim upon which relief may be granted" or "seeks monetary relief from a defendant who is immune from such relief." 28 U.S.C. § 1915A(a), (b). The court has not yet conducted this review, which necessarily entails a determination of whether the plaintiff may file an amended complaint. Thus, there is no need for plaintiff to seek leave to amend at this point in the proceedings. The motion is denied without prejudice.

1     Accordingly, it is ORDERED that plaintiff's February 28, 2008, motion for leave to
2 amend the complaint is denied without prejudice.
3 Dated: April 25, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE