IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICENTE MANUEL GARCIA,

     Plaintiff,      No. 2:08 CV 0006 AWT

  vs.

ROCHE, et al.,

     Defendants.    ORDER FOR PAYMENT

_____/ OF INMATE FILING FEE

To: Director of the California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814:

  Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff must make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The California Department of Corrections and Rehabilitation is required to send to the Clerk of the Court these payments from plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28 U.S.C. § 1915(b)(2).

  Good cause appearing therefore, IT IS HEREBY ORDERED that:

  1. The Director of the California Department of Corrections and Rehabilitation or a designee shall collect from plaintiff's prison trust account monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the account and forward the payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full. The payments shall be clearly identified by the name and number assigned to this action.

1      2. The Clerk of the Court is directed to serve a copy of this order and a copy of
2  plaintiff's signed in forma pauperis affidavit on Director, California Department of Corrections
3  and Rehabilitation, 1515 S Street, Sacramento, California 95814.
4      3. The Clerk of the Court is directed to serve a copy of this order on the Financial
5  Department of the court.

                                                    /s/ A. Wallace Tashima
                                                A. WALLACE TASHIMA
                                                United States Circuit Judge
                                                Sitting by designation.