IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICENTE MANUEL GARCIA,

     Plaintiff,                    No. 2:08 CV 0006 AWT

     vs.

ROCHE, et al.,

     Defendants.
_____/

## ORDER

In accordance with Plaintiff's voluntary dismissal of this action (Doc. 43), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, **IT IS ORDERED** that this action is **dismissed without prejudice**. The Clerk of Court is directed to close this case.

DATED this 3rd day of January, 2012.

_____
A. Wallace Tashima
United States Circuit Judge
Sitting by Designation